**Affirmed as Modified and Opinion Filed June 3, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01170-CR

### OYESOLA O. BELLO, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-0571298-M**

## MEMORANDUM OPINION
Before Justices Myers, Stoddart, and Whitehill
Opinion by Justice Whitehill

Appellant Oyesola Bello was on probation for aggravated kidnapping when the State moved to adjudicate guilt. The allegations in the State's motion included aggravated robbery, possession of a firearm, and delinquency on fees and community service. The court found these allegations to be true and sentenced appellant to forty years imprisonment.

Bello requests that we correct two errors in the judgment—the trial counsel's name and a reference to the motion to adjudicate guilt. In a cross-point, the State also requests that we correct the judgment to reflect that Bello was convicted of aggravated kidnapping under penal code section 20.04.

An appellate court can modify incorrect judgments when the evidence necessary to correct a judgment appears in the record. *Asberry v. State*, 813 S.W.2d 526, 529 (Tex. App.—Dallas 1991, writ ref'd); TEX. R. APP. P. 43.2 (b).

The judgment states that Bello was convicted of aggravated kidnapping under penal code section 29.03. The correct penal code section, however, is 20.04. *See* TEX. PENAL CODE ANN. § 20.04.

The judgment also states that Bello's trial counsel was "Timothy Jenfield." The record, however, reflects that counsel's name was "Timothy Jeffrey."

Finally, the judgment states that Bello violated the terms of the original motion to adjudicate guilt. But the record reflects that the court found Bello guilty of violating the conditions of probation reflected in the State's amended motion to adjudicate guilt.

Therefore, we modify the judgment to reflect that (i) Timothy Jeffrey was Bello's trial counsel, (ii) Bello was convicted of aggravated kidnapping pursuant to TEX. PENAL CODE ANN. § 20.04, and (iii) the court found Bello guilty of violating the conditions of probation reflected in the State's amended motion to adjudicate guilt. As reformed, the trial court's judgment is affirmed.

/Bill Whitehill/
_____
BILL WHITEHILL
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
151170F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

OYESOLA O. BELLO, Appellant

No. 05-15-01170-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial District Court, Dallas County, Texas

Trial Court Cause No. F-0571298-M.

Opinion delivered by Justice Whitehill.

Justices Myers and Stoddart participating.

Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** to reflect that: (i) the name of defense counsel is "Timothy Jeffrey,"(ii) Bello was convicted of aggravated kidnapping pursuant to TEX. PENAL CODE ANN. § 20.04, and (iii) the court found Bello guilty of violating the conditions of probation reflected in the State's amended motion to adjudicate guilt.

As **REFORMED**, the judgment is **AFFIRMED**.

Judgment entered June 3, 2016.